UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

      v.                                      Criminal No. 11-cr-006-01-JL

Brian Mahoney

## O R D E R

The assented to motion to reschedule jury trial (document no. 56) filed by the government is granted; Final Pretrial is rescheduled to December 21, 2011 at 10:00 a.m.; Trial is continued to the two-week period beginning January 4, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_/s/ Joe Laplante_

_____
Joseph N. Laplante
Chief Judge

Date: December 5, 2011

cc: Paul J. Garrity, Esq.
    Arnold H. Huftalen, AUSA
    U.S. Marshal
    U.S. Probation