UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Criminal No. 11-cr-006-01-JL

Brian E. Mahoney


O R D E R


The assented to motion to reschedule jury trial (document no. 59) filed by defendant is granted in part. The court apprehends the need for a delay to enable the increased dosage to facilitate the evaluation, but does not wish to delay the proceedings any longer than necessary. It appears from the timetable set forth in the motion that a 60-day continuance will suffice. If counsel and the parties disagree, they should show cause why 90 days is required or schedule a conference/hearing with the court. The continuance is limited to 60 days; Final Pretrial is rescheduled to March 23, 2012 at 11:00a.m.; Trial is continued to the two-week period beginning April 3, 2012, 9:30 a.m.


Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting

a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.


/s/ Joseph N. Laplante
Joseph N. Laplante
Chief Judge

Date:  December 29, 2011

cc:  Paul J. Garrity, Esq.
     Arnold H. Huftalen, Esq.
     U.S. Marshal
     U.S. Probation