UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

         v.                        Criminal No. 11-cr-06-01-JL

Brian E. Mahoney

O R D E R

     The assented to motion to reschedule jury trial (document no. 70) filed by defendant is granted; Final Pretrial is rescheduled to April 23, 2012 at 3:00 p.m.; Trial is continued to the two-week period beginning May 1, 2012, 9:30 a.m.

     Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

     SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: April 2, 2012

cc: Paul J. Garrity, Esq.
    Arnold H. Huftalen, Esq.
    U.S. Marshal
    U.S. Probation