UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                        Criminal No. 11-cr-0006-01-JL

Brian E. Mahoney

O R D E R

The motion to reschedule jury trial (document no. 80) filed by the government is granted; Final Pretrial is rescheduled to May 31, 2012 at 11:00 a.m.; Trial is continued to the two-week period beginning June 5, 2012 at 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                                  _____
                                                  Joseph N. Laplante
                                                  Chief Judge

Date: April 25, 2012

cc: Paul J. Garrity, Esq.
    Andrew R. Schulman, Esq.
    U.S. Marshal
    U.S. Probation